**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00333-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO GUTIERREZ-TENA,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on March 7, 2013, it is

    ORDERED that Defendant Roberto Guiterrez-Tena is sentenced to TIME SERVED.

    DATED: March 7, 2013

                        BY THE COURT:

                        _____
                        Christine M. Arguello
                        United States District Judge